9,727-31

CHARLES LEWIS HATCHER
100 N. LAMAR 0014997
FORT WORTH, TEXAS 76196

JUNE 22, 2015

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RE: WR-9,727-31
    TR. CT. NO. C-297-010357-0382814-G

DEAR CLERK,

I AM WRITING YOU IN REGARDS TO FINDING OUT THE DISPOSITION OF THE REFERENCED CAUSE NUMBERS, IF THE WRIT IS STILL PENDING IN COURT

SINCERELY,
Charles Lewis Hatcher

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 25 2015
Abel Acosta, Clerk